# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | No. 271 EAL 2014 |
| Respondent | |
| | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | |
| MARK LEUZZI, | |
| Petitioner | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 18th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.